No. 85–416. SCAGLIONE v. COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1395, ET AL. C. A. 1st Cir. Certiorari denied.

No. 85–448. ATWELL v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 85–486. BOYKIN v. REAGAN ADMINISTRATION ET AL. C. A. 2d Cir. Certiorari denied.

No. 85–496. WOOLARD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 85–505. ZOELLER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 85–5074. TAFOYA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 85–5098. MARRAPESE v. RHODE ISLAND ET AL. C. A. 1st Cir. Certiorari denied.

No. 85–5112. RICKUS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 85–5195. GREEN v. SCHWARZER, U. S. DISTRICT JUDGE. C. A. 9th Cir. Certiorari denied.

No. 85–5309. ROBINSON v. DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 85–5314. GREEN v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 85–5316. WILSON v. UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied.

No. 85–5317. COLE v. FULCOMER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON. C. A. 3d Cir. Certiorari denied.

No. 85–5320. DEACON v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 85–5321. COLE v. BENSON ET AL. C. A. 8th Cir. Certiorari denied.